Argued and submitted April 3, reversed and remanded on petition and on cross-petition with instructions to reinstate referee's opinion and order June 17, petition for attorney fees denied by opinion October 21, 1987
See 88 Or App 30 (1987)

In the Matter of the Compensation of
Carl A. Anfora, Claimant.

ANFORA,
*Petitioner - Cross-Respondent,*

*v.*

LIBERTY COMMUNICATIONS et al,
*Respondents - Cross-Petitioners,*

*and*

CABLE COMMUNICATIONS et al,
*Respondents - Cross-Respondents.*

(WCB 85-03807, 85-03808, 85-06955, 85-06956; CA A40575)

737 P2d 977

Roger Ousey, Eugene, argued the cause for petitioner - cross-respondent. On the brief were Michael Strooband and Bischoff & Strooband, P.C., Eugene.

Kevin L. Mannix, Salem, argued the cause for respondents - cross-respondents. With him on the brief was Lydia E. Duncan, Salem.

Thomas M. Christ, Portland, argued the cause for respondents - cross-petitioners. With him on the brief was Schuyler T. Wallace, Jr., Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Claimant and Liberty Communications, claimant's first employer, and Fireman's Fund Insurance, that employer's insurer, seek judicial review of the Workers' Compensation Board's order holding that claimant's present disability is the result of an aggravation of a back injury he suffered in 1982 while working for Liberty Communications. In so holding, the Board reversed the referee, who had determined that claimant's present disability is a result of a new injury he suffered while working for Cable Communications in 1984.

On *de novo* review, we are persuaded that the referee was correct. *Smith v. Ed's Pancake House,* 27 Or App 361, 565 P2d 138 (1976).

Reversed and remanded on petition and on cross-petition with instructions to reinstate referee's opinion and order.